DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**TYRELL COBBIN,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2024-0167

[April 4, 2024]

Appeal of order denying in part rule 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; John Murphy, Judge; L.T. Case No. 14-004152 CF10A.

Tyrell Cobbin, Jasper, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., CIKLIN and KUNTZ, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***